In the Matter of EMMA H. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KEITH H., Respondent. CHARLES D. HALVORSEN, ESQ., Attorney for the Children, Appellant. [932 NYS2d 757]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.